LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
RYAN OPGENORTH (SBN 252273)
ropgenorth@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CATLIN SYNDICATE LIMITED erroneously
identified in the complaint as
"CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON SUBSCRIBING TO POLICY NO.
PCI937441010" and CATLIN UNDERWRITING
AGENCY U.S., erroneously identified as
DOE ONE Defendant CATLIN UNDERWRITING,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CATLIN UNDERWRITING U.S., INC.; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. PCI937441010, and DOES 1-200, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:11-CV-00889-OWW-DLB<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON CATLIN SYNDICATE LIMITED'S AND CATLIN UNDERWRITING AGENCY U.S.'S MOTIONS TO DISMISS<br><br>Removal Filed:　June 1, 2011<br>Former Hearing Date:　July 18, 2011<br>New Hearing Date: August 1, 2011<br>Time:　　　　　10:00 am<br>Department:　　Courtroom 3<br>Judge:　Hon. Oliver W. Wanger |

PURSUANT TO LOCAL RULES 230(f) AND 143 OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and between Defendants Catlin Syndicate Limited, erroneously identified in the complaint as "Certain Underwriters

at Lloyd's of London Subscribing to Policy No. PCI937441010" and Catlin Underwriting Agency U.S., erroneously identified as Doe One Defendant Catlin Underwriting, Inc., and Plaintiff Ruiz Food Products, Inc., through their respective attorneys, that the hearing on Defendant Catlin Syndicate Limited's Motion to Dismiss and Catlin Underwriting Agency U.S.'s Motion to Dismiss currently scheduled for Monday, July 18, 2011 at 10:00 a.m. may be continued to Monday, August 1, 2011 at 10:00 a.m. before Judge Oliver W. Wanger.

The parties hereby stipulate that the reason for this request is as follows:

1. Due to a scheduling conflict, counsel for Defendants Catlin Syndicate Limited and Catlin Underwriting Agency U.S. is unable to appear at the hearing as currently scheduled.

The parties' Counsel agree that this scheduling conflict can be alleviated simply by continuing the hearing on the Motions to Dismiss for two weeks.

DATED: June 13, 2011        SELMAN BREITMAN LLP

                            By:   /s/ RYAN OPGENORTH
                                  LINDA WENDELL HSU
                                  RYAN OPGENORTH
                            Attorneys for Defendants
                            CATLIN SYNDICATE LIMITED erroneously
                            identified in the complaint as "CERTAIN
                            UNDERWRITERS AT LLOYD'S OF LONDON
                            SUBSCRIBING TO POLICY NO. PCI937441010"
                            and CATLIN UNDERWRITING AGENCY U.S.,
                            erroneously identified as DOE ONE
                            Defendant CATLIN UNDERWRITING, INC.

```
DATED: June __, 2011         PARICHAN, RENBERG & CROSSMAN LAW
                             CORPORATION


                             By:   /s/ MICHAEL L. RENBERG
                                  MICHAEL L. RENBERG
                             Attorney for Plaintiff
                             RUIZ FOOD PRODUCTS, INC.
```

## **ORDER**

Based upon the above Stipulation between the parties, **IT IS ORDERED** that the hearing on Catlin Syndicate Limited's Motion to Dismiss and Catlin Underwriting Agency U.S.'s Motion to Dismiss is continued to Monday, August 1, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 14, 2011**                       **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS**
**Case No. 1:11-CV-00889-OWW-DLB**