LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
RYAN OPGENORTH (SBN 252273)
ropgenorth@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CATLIN SYNDICATE LIMITED erroneously
identified in the complaint as
"CERTAIN UNDERWRITERS AT LLOYD'S OF
LONDON SUBSCRIBING TO POLICY NO.
PCI937441010" and CATLIN UNDERWRITING
AGENCY U.S., erroneously identified as
DOE ONE Defendant CATLIN UNDERWRITING,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CATLIN UNDERWRITING U.S., INC.; CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. PCI937441010, and DOES 1-200, inclusive,<br><br>    Defendants. | CASE NO. 1:11-CV-00889-OWW-DLB<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT CATLIN UNDERWRITING U.S., INC.<br><br>Removal Filed:  June 1, 2011<br>Judge:   Hon. Oliver W. Wanger |

PURSUANT TO LOCAL RULE 143 OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that Defendant Catlin Underwriting U.S., Inc. be and hereby is dismissed, without prejudice, pursuant to Federal Rule of Civil

1

Procedure 41(a)(1)(A)(ii).  (*ECASH Technologies, Inc. v. Guagliardo* (9th Cir. 2002) 35 Fed.Appx. 498, 499 ["Rule 41(a)(1), … applies to dismissals of all claims against a particular defendant"].)

DATED: June 23, 2011          SELMAN BREITMAN LLP


By:   /s/ Ryan Opgenorth
      LINDA WENDELL HSU
      RYAN OPGENORTH
Attorneys for Defendants
CATLIN SYNDICATE LIMITED erroneously
identified in the complaint as "CERTAIN
UNDERWRITERS AT LLOYD'S OF LONDON
SUBSCRIBING TO POLICY NO. PCI937441010"
and CATLIN UNDERWRITING AGENCY U.S.,
erroneously identified as DOE ONE
Defendant CATLIN UNDERWRITING, INC.

DATED: June 23, 2011          PARICHAN, RENBERG & CROSSMAN LAW
                              CORPORATION


By:   /s/ Michael L. Renberg
      MICHAEL L. RENBERG
Attorney for Plaintiff
RUIZ FOOD PRODUCTS, INC.

2

**STIPULATION AND ORDER TO DISMISS CATLIN UNDERWRITING U.S., INC.**
**Case No. 1:11-CV-00889-OWW-DLB**

**ORDER**

Based upon the above Stipulation between the parties, **IT IS ORDERED** that Defendant Catlin Underwriting U.S., Inc. be and hereby is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  **June 27, 2011**              **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE