RICHARD C. CROSSMAN, #047630
MICHAEL L. RENBERG, #136217
PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 East Shaw Avenue, Suite 123
Fresno, California 93710
Telephone (559) 431-6300
Facsimile (559) 432-1018

Attorney for Plaintiff
RUIZ FOOD PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CATLIN UNDERWRITING U.S., INC.; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PCI937441010, and DOES 1-200, inclusive<br><br>Defendants | Case No.: 1:11-CV-00889-OWW-DLB<br><br>ORDER DENYING DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S MOTION TO DISMISS AND GRANTING DEFENDANT CATLIN UNDERWRITING AGENCY U.S.'S MOTION TO DISMISS<br><br>Date: August 1, 2011<br>Time: 10:00 a.m.<br>Courtroom of Hon. Oliver W. Wanger |

On August 1, 2011, the motion of Defendant Certain Underwriters at Lloyd's Subscribing to Policy No. PCI937441010 (hereinafter "Catlin Syndicate") for dismissal of the complaint filed by Plaintiff Ruiz Food Products, Inc. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure came on for hearing.   Also set for hearing on August 1, 2011 was the motion to dismiss of Defendant Catlin Underwriting Agency U.S., Inc. (Catlin Underwriting).

Appearing for Plaintiff Ruiz Food Products was Michael L. Renberg.  Appearing for Defendant Catlin Syndicate was Ryan H. Opgenorth.

ORDER ON DEFENDANTS' MOTIONS TO DISMISS

The court, having reviewed the moving papers, opposition papers and reply papers submitted by the parties, and providing the parties an opportunity to be heard, and having issued a memorandum decision, enters the follow order:

1. The motion of Defendant Catlin Syndicate to dismiss Plaintiff's complaint is DENIED. Federal Rules of Civil Procedure allow a plaintiff to generally allege that all conditions precedents have occurred or been performed. The complaint filed by Plaintiff includes allegations in paragraph 22 and 26 that it has performed all obligations required to be performed under the terms of the policy and that Defendant had refused to pay benefits owed pursuant to the subject insurance policy. Such allegations meet the requirements of Rule 12(b)(6) that the complaint contain sufficient factual matters, accepted as true, to state a claim for relief that is plausible on its face.

2. The motion of Defendant Catlin Underwriting to dismiss Plaintiff's complaint is GRANTED, without prejudice. Plaintiff stipulated to the dismissal of Catlin Underwriting without prejudice.

3. Defendant Catlin Syndicate is to file an answer to the complaint 14 days after entry of this order.

IT IS SO ORDERED.

Dated: **August 5, 2011**          /s/ **Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

**PARICHAN, RENBERG & CROSSMAN LAW CORPORATION**
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300