# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., | CASE NO.: 11-cv-0889 BAM |
| Plaintiff, | |
| vs. | **ORDER AMENDING THE SCHEDULING ORDER TO EXTEND THE TIME FOR NON EXPERT DISCOVERY** |
| CATLIN UNDERWRITING, U.S., INC., *et. al.*, | |
| Defendants. | |

ORDER

Before the Court is the parties' stipulation and request to extend the non-expert discovery cut-off date due to pre-existing travel plans and personal obligations. (Doc. 55). The parties have provided borderline good cause for the extension. Nonetheless, based on the Stipulation of the parties, the Court grants the parties' request, and amends the Scheduling Order (Doc. 44) as follows: The non-expert discovery cut-off date is extended from May 4, 2012, to June 1, 2012. The parties are advised that **no further extensions** of the non-expert discovery or the expert discovery deadline will be granted.

IT IS SO ORDERED.

Dated:   April 16, 2012                               /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE