PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA

9

10   RUIZ FOOD PRODUCTS, INC., a                    Case No.:  1:11-CV-00889- BAM
     California Corporation

11
                                                    ORDER REGARDING AUTHENTICATION
12              Plaintiff,                           OF DOCUMENTS PRODUCED DURING
                                                    DISCOVERY
13        vs.

14   CATLIN UNDERWRITING U.S., INC.;
     CERTAIN UNDERWRITERS AT
15   LLOYD'S LONDON SUBSCRIBING TO
     POLICY NO. PCI937441010, and DOES 1-
16   200, inclusive

17
                Defendants
18

19

20        Based on the Stipulation of the parties (Doc. 58) IT IS HEREBY  ORDERED that neither

21   party shall assert an objection pursuant to Federal Rule of Evidence 901as to the authenticity of a

22   document produced by the parties during discovery or by a third party pursuant to subpoena.

23   Objections other than as to authentication are expressly preserved by both parties and may be

24   asserted to exclude the introduction of documents.

25

26

27   IT IS SO ORDERED.

28
        Dated:   **May 3, 2012**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

                                        -1-

STIPULATION RE AUTHENTICATION OF DOCUMENTS

PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION RE AUTHENTICATION OF DOCUMENTS