PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CATLIN UNDERWRITING U.S., INC.; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PCI937441010, and DOES 1-200, inclusive<br><br>Defendants | Case No.: 1:11-CV-00889- BAM<br><br>ORDER REGARDING AUTHENTICATION OF DOCUMENTS PRODUCED DURING DISCOVERY |

Based on the Stipulation of the parties (Doc. 58) IT IS HEREBY ORDERED that neither party shall assert an objection pursuant to Federal Rule of Evidence 901 as to the authenticity of a document produced by the parties during discovery or by a third party pursuant to subpoena. Objections other than as to authentication are expressly preserved by both parties and may be asserted to exclude the introduction of documents.

IT IS SO ORDERED.

Dated: **May 3, 2012**        /s/ Barbara A. McAuliffe
         UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION RE AUTHENTICATION OF DOCUMENTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PARICHAN, RENBERG & CROSSMAN LAW CORPORATION**
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300

-2-

STIPULATION RE AUTHENTICATION OF DOCUMENTS