UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>CATLIN UNDERWRITING U.S., INC.: CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. PC1937441010, and DOES 1-200, inclusive,<br><br>         Defendants. | CASE NO.  1:11-CV-00889-BAM<br><br>**ORDER TO EXTEND DISCOVERY FOR LIMITED PURPOSE OF TAKING DEPOSITION OF WALMART PMK** |

On June 1, 2012, the Court held an informal Telephonic Status Conference concerning Defendant's request for relief from the scheduling order to take a third party deposition. Ryan Opgenorth appeared telephonically on behalf of Defendant Catlin. Richard Crossman appeared telephonically on behalf of Plaintiff Ruiz Food Products, Inc. ("Ruiz"). The parties stipulated to permit the Court to informally rule on the matter. After considering the arguments presented at the June 1, 2012 hearing, the Court finds that Catlin demonstrated reasonable diligence in pursuing the deposition of Walmart-Stores, Inc.'s ("Walmart's") person most knowledgeable within the constraints of the current Scheduling Order, however, for reasons beyond Catlin's control, it was unable to take the deposition before the discovery cut-off deadline. Walmart's testimony is likely to have a significant impact on the damages issues in this case, and in particular

Ruiz's business interruption loss claim. Accordingly, good cause having been shown, the Court grants Catlin's Motion to Modify the Scheduling Order.

IT IS HEREBY ORDERED THAT Catlin is permitted to take Walmart's person most knowledgeable deposition after the June 1, 2012 discovery cut-off deadline, but not later than June 22, 2012.

IT IS SO ORDERED.

Dated:   **June 4, 2012**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE