IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CATLIN UNDERWRITING, U.S., INC., *et. al.*, <br><br> Defendants. | CASE NO.:  11-cv-0889 - BAM <br><br> **ORDER MODIFYING THE SCHEDULING ORDER TO TAKE COLEMONT DEPOSITIONS AFTER THE JUNE 1, 2012 NON-EXPERT DISCOVERY CUT-OFF DEADLINE** |

ORDER

Based on the Stipulation of the parties (Doc. 72), and for good cause shown, The Court GRANTS the parties request to take the deposition of Colemont Insurance Brokers of Illinois, LLC's ("Colemont's") person most knowledgeable ("PMK") after the June 1, 2012 non-expert discovery cut-off. The parties have until July 10, 2012 to complete the Colemont PMK deposition. The Court further order that, to the extent testimony provided by Colemont's PMK affects the opinions of either parties' experts, either party may serve supplemental expert disclosures within 10 days of the Colemont PMK deposition.

IT IS SO ORDERED.

Dated:  **June 7, 2012**              **/s/ Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE