PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RUIZ FOOD PRODUCTS, INC., a
California Corporation

        Plaintiff,

  vs.

CATLIN UNDERWRITING U.S., INC.;
CERTAIN UNDERWRITERS AT
LLOYD'S LONDON SUBSCRIBING TO
POLICY NO. PCI937441010, and DOES 1-
200, inclusive

        Defendants

Case No.:  1:11-CV-00889- BAM

ORDER SEALING DOCUMENT 80

<u>ORDER</u>

The parties have stipulated and jointly requested the Court strike improperly filed documents No. 77-81.  (Doc. 84.)  The Court reminds the parties that once a document is electronically filed, it will not be removed from the docket.

The parties represent Doc. 80 contains confidential financial information of Plaintiff that is subject to a protective order.  (Doc. 38, 84.)  The Court declines to seal other documents filed in the case without good cause.  For good cause shown, and based on the protective order entered in this matter, the Court hereby ORDERS Doc. 80 to be sealed.  The Clerk of Court shall seal Doc. 80.

IT IS SO ORDERED.

Dated: __June 15, 2012__        ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE

-1-