LINDA WENDELL HSU (SBN 162971)
lhsu@selmanbreitman.com
MARK INBODY (SBN 180862)
minbody@selmanbreitman.com
RYAN OPGENORTH (SBN 252273)
ropgenorth@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:     (415) 979-0400
Facsimile:     (415) 979-2099

Attorneys for Defendants
CATLIN SYNDICATE LIMITED, identified in the
complaint as "CERTAIN UNDERWRITERS AT
LLOYD'S LONDON SUBSCRIBING TO POLICY NO.
PCI937441010" and CATLIN UNDERWRITING
AGENCY U.S., identified as DOE ONE Defendant
CATLIN UNDERWRITING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CATLIN UNDERWRITING U.S., INC.; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PCI937441010, and DOES 1-200, inclusive,<br><br>　　　　　Defendants. | CASE NO.　　1:11-CV-00889-BAM<br><br>**STIPULATION TO SET THE BRIEFING SCHEDULE FOR MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT AND VACATE THE MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>(DIVERSITY JURISDICTION)<br><br>Complaint Filed: April 14, 2011<br>Trial Date: November 5, 2012<br>Dept: Courtroom 8<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED AND AGREED between Defendant Catlin Syndicate Limited, identified in the complaint as "Certain Underwriters at Lloyd's London Subscribing to

1

Policy No. PCI937441010" ("Catlin"), and Plaintiff Ruiz Food Products, Inc. ("Ruiz") that the briefing for the parties' Motion and Cross-Motion for Summary Judgment be set as follows:

- <u>August 3, 2012</u> - The parties' Motion and Cross-Motion for Summary Judgment are due.
- <u>August 17, 2012</u> - The parties' Oppositions to Motion and Cross-Motion for Summary Judgment are due.
- <u>August 24, 2012</u> - The parties' Replies to Motion and Cross-Motion for Summary Judgment are due.

The parties' Motions and Cross-Motions for Summary Judgment will be taken under submission by the Court. In the event that the Court believes oral argument is necessary in order to rule on the Motions, it will set a hearing date that is convenient with its schedule and the parties' schedule.

The August 29, 2012 Mandatory Settlement Conference is also vacated.

All other dates and deadlines, including but not limited to the September 27, 2012 Pre-Trial Conference and the November 5, 2012 Trial Date, will remain unchanged.

DATED: July 18, 2012                    SELMAN BREITMAN LLP

By:   /s/ *RYAN OPGENORTH*
        LINDA WENDELL HSU
        MARK INBODY
        RYAN OPGENORTH
Attorneys for Defendants
CATLIN SYNDICATE LIMITED, identified in the complaint as "CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PCI937441010" and CATLIN UNDERWRITING AGENCY U.S., identified as DOE ONE Defendant CATLIN UNDERWRITING, INC.

DATED: July 18, 2012                    PARICHAN, RENBERG & CROSSMAN LLP

By:   /s/ *MICHAEL RENBERG*
        RICHARD CROSSMAN
        MICHAEL RENBERG
Attorneys for Plaintiff
RUIZ FOOD PRODUCTS, INC.

## **ORDER**

Having reviewed the above-stated stipulation and good cause appearing,

IT IS ORDERED that the briefing schedule for the parties' Motion and Cross-Motion for Summary Judgment be modified as stated above.  The Court will take the Motions for Summary Judgment under submission unless the Court believes argument is necessary.  The Court will refrain from issuing a ruling the parties' Motions for Summary Judgment until September 17, 2012.

All other dates and deadlines, including but not limited to the September 27, 2012 Pre-Trial Conference and the November 5, 2012 Trial Date, will remain unchanged. The parties are reminded of the requirement to comply with the Court's Local Rule 281 to file a joint pretrial statement no later than one week prior to the pretrial conference.  The pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case.  An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to bamorders@caed.uscourts.gov.  The parties' attention is directed to this Court's Local Rules 281 and 282.  This Court will insist upon strict compliance with those rules.

The Court further ORDERS that the August 29, 2012 Mandatory Settlement Conference is vacated.

IT IS SO ORDERED.

Dated:   **July 18, 2012**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE