RICHARD C. CROSSMAN, #047630
MICHAEL L. RENBERG, #136217
PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 East Shaw Avenue, Suite 123
Fresno, California 93710
Telephone (559) 431-6300
Facsimile (559) 432-1018

Attorney for Plaintiff
RUIZ FOOD PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CATLIN UNDERWRITING U.S., INC.; CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PCI937441010, and DOES 1-200, inclusive<br><br>Defendants | Case No.: 1:11-CV-00889- DLB<br><br>STIPULATION AND ORDER RE DEFENDANT'S COSTS AND STAY OF ENFORCEMENT<br><br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, as follows:

Whereas, on September 13, 2012, the court granted the motion for summary judgment filed by Defendant CATLIN SYNDICATE LIMITED, indentified in the Complaint as CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PCI937441010, (hereinafter "Defendant Catlin") and entered judgment in favor of Defendant Catlin.

-1-

Whereas, on September 27, 2012, Defendant Catlin filed a Memorandum of Cost and supporting pleadings and documents.  The amount of costs sought by Defendant Catlin was $15,743.13.

Whereas, Plaintiff RUIZ FOOD PRODCUTS, INC. (hereinafter "Plaintiff Ruiz") had some concerns about some of the items and amounts in Defendant Catlin's Memorandum of Costs and communicated such concerns to Defendant Catlin.

Whereas, in lieu of Plaintiff Ruiz filing an objection to the memorandum of costs the parties have agreed on the amount of the costs recoverable and the handling of such costs pending appeal.

ACCORDINGLY, THE PARTIES STIPULATE:

1. The amount of costs recoverable by Defendant Catlin is $12,472.84.

2. Interest will accrue on the amount of the agreed upon costs at the rate set forth in 28 U.S.C. Section 1961.

3. Defendant Catlin agrees to stay the enforcement of the agreed costs until all appellate rights of Plaintiff Ruiz have concluded.  A bond is not necessary to stay enforcement of the costs.

Dated: October  4, 2012             PARICHAN, RENBERG & CROSSMAN

                                    *Michael L. Renberg*
                                By: _____
                                    Michael L. Renberg, Esq.
                                    Attorney for Plaintiff
                                    RUIZ FOOD PRODUCTS, INC.

-2-

STIPULATION RE COSTS AND STAY OF ENFORCEMENT

1  Dated: October 4, 2012          SELMAN BREITMAN LLP

                                            *Ryan Openorth*
                                 By: _____
                                     LINDA WENDELL HSU
                                     RYAN OPGENORTH
                                 Attorneys for Defendants
                                 CATLIN SYNDICATE LIMITED erroneously identified in the complaint as "CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. PCI937441010" and CATLIN UNDERWRITING AGENCY U.S., erroneously identified as DOE ONE Defendant CATLIN UNDERWRITING, INC.

## ORDER

The above stipulation of the parties for the amount of costs recoverable by Defendant Catlin and stay of enforcement pending appeal is APPROVED.

IT IS SO ORDERED.

   Dated:   **October 9, 2012**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

PARICHAN, RENBERG & CROSSMAN LAW CORPORATION
2350 WEST SHAW, SUITE 130
FRESNO, CALIFORNIA 93711-3412
TELEPHONE (559) 431-6300